UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


JOHN F. PIERCE

                v.                                                          CA 01-266 ML

ASHBEL T. WALL and
STATE OF RHODE ISLAND


<u>ORDER</u>

This matter is before the Court on review of a Report and Recommendation issued by

Magistrate Judge Almond on January 28, 2011. No objection was filed and the time for doing so

has passed. I have reviewed the Report and Recommendation and adopt it in its entirety.

Petitioner's Motion for Relief from Judgment is hereby DENIED.


SO ORDERED:



Mary M. Lisi
Chief United States District Judge
February  22 , 2011